**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-7211**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

RANDY CHESTER PARSONS,

Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, Chief District Judge. (CR-95-77-BO)

---

Submitted: November 8, 2001      Decided: November 21, 2001

---

Before WILKINS, MICHAEL, and KING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Randy Chester Parsons, Appellant Pro Se. J. Frank Bradsher, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Randy Chester Parsons appeals the district court's order denying his motion filed under 18 U.S.C.A. § 3582 (West 2000). We have reviewed the record and find no reversible error. Accordingly, we affirm the court's order based upon the reasoning of the district court. <u>United States v. Parsons</u>, No. CR-95-77-BO (E.D.N.C. May 24, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2